UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SUSAN THOMS,<br> Plaintiff | )<br>)<br>) |
| v. | ) 1:21-cv-00037-JAW<br>)<br>) |
| AHOLD DELHAIZE USA, INC.,<br> Defendant | )<br>) |

## JUDGMENT

 Pursuant to the Order, issued on March 18, 2021, by U.S. District Judge John A. Woodcock, Jr.;

 Judgment of dismissal without prejudice is hereby entered.

               CHRISTA K. BERRY
               Clerk of Court

        By:

               <u>/s/ Teagan Snyder</u>
               Deputy Clerk

Dated this 22nd day of March, 2021